Prob 12
(Rev. 8/02)

**FILED**

OCT 17 2014

Clerk, U.S District Court
District Of Montana
Missoula

United States District Court
for the
District of Montana

**RECEIVED**

2014 OCT 15 A 10: 19

US MARSHALS SERVICE
MISSOULA, MONTANA

U.S.A. vs Lance Jeffrey Young          Docket No. CR 10-35-M-DWM-01

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Lance Jeffrey Young || SEX<br>Male | RACE<br>White | AGE<br>26 |
| ADDRESS(STREET, CITY, STATE)<br>2122 West Kent Street, Missoula, MT 59801 |||||
| SENTENCE IMPOSED BY (NAME OF COURT) |||||
| CLERK<br>Tyler P. Gilman || (BY) DEPUTY CLERK || DATE |
| /s/ Donald W. Molloy<br>Donald W. Molloy<br>United States District Judge |||| October 15, 2014 9:44AM<br>Date |
| **RETURN** |||||
| Warrant received and executed | DATE RECEIVED<br>10/15/14 || DATE EXECUTED<br>10/17/14 ||
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS  201 E. Broadway  Missoula  MT  59802 |||||
| NAME || (BY)<br>DWM || DATE<br>10/17/14 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the DISTRICT OF MONTANA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."