Case 9:10-cr-00035-DWM

Lance Young

2122 W Kent Ave

Missoula, MT 59801
**RECEIVED**

NOV 27 2017

Clerk, U.S. Courts
District of Montana
Missoula Division

Honorable Judge Molloy,

I write today to request audience with humility and respect. I apologize for the lack of formality as I lack the tools to draft such a motion.

Lance Jeffrey Young (from now on I) was sentenced on June 20th 2011 to 24 months imprisonment and 60 months supervised release for possession of child pornography. I began my supervised release on May 6th 2013.

There have been two incidents during my supervised release which bare explanation. The first of these took place in August of 2014 when USPO Hart tested my urine for Etg and found it positive. I denied using alcohol and continued to deny said use for two weeks. I was confronted with the test results on paper by Mr. Hart and then disclosed several instances when I used alcohol, violating the terms of my supervised release. After a subsequent polygraph test I disclosed one more instance of alcohol use. I was arrested, per the courts wish, and scheduled for a revocation hearing. After several months' good behavior, and Mr. Harts backing, the hearing was dismissed.

The second incident took place in May 2016 when I failed polygraph testing when asked "have you consumed alcohol?" When confronted by Mr. Hart I was forthcoming about having consumed alcohol on a few occasions prior to the testing. Since this last incident my conduct has been completely in line with the terms of my supervised release. I am currently allowed to consume alcohol no to excess.

I have completed 55 months of the 60 to which I was sentenced. I have completed and graduated from the sex offender treatment program run by Dr. Scolatti. I have been compliant with all other terms of my supervised release.

I do not condone my non-compliant behavior nor my dishonesty. In those moments I believed I could protect myself through deception. This was wrong. I wasted the courts time and resources selfishly. However, I do not believe my behavior was retaliatory nor malicious. I apologize to the court and Mr. Hart for the extra burden by behavior caused.

I bring these violations forward to demonstrate my humility and to show the court that I am aware of my behavior. However, in relation to my original offense my conduct on supervised release has been exemplary.

Given the above argument I respectfully ask the court to consider terminating the remainder of my supervision. Thank you for your time.

Lance Young

*[signature]* 11-27-17