**MICHAEL J. SCOLATTI, Ph.D., PLC**
Licensed Clinical Psychologist #183
ATSA & MSOTA Clinical Member

P.O. Box 16535
Missoula, Montana 59808

Cell: (406) 370-1619
E-mail: mjs@sabersop.org

October 25, 2017

U.S. District Court
201 E Broadway Street
Missoula, Montana 59802

RE: Lance Young  (Treatment Completion and Support for Early Release)

Your Honor:

Mr. Young successfully completed the SABER Program in January 2016. He was on aftercare status for six (6) months, attending group once a month. In June 2017 his aftercare requirement was reduced to once every three months. Mr. Young began the program in May 2013 and attended weekly groups for two-and-a-half years. Over the course of these 30 months, Mr. Young accumulated over 200 hours of group and individual therapy. While attending the program he completed the following assignments:

1. Autobiography
2. Defense Mechanisms
3. Sexual Fantasy Assignment
4. Anxiety and Depression Log
5. Decision Matrix
6. Seemingly Unimportant Decisions and High Risk Factors
7. Anger, Power, and Control: The Fuel of Sexual Abuse
8. Thinking Errors I, II, III, IV
9. Anger Log
10. All Level Summaries
11. Cognitive Schemas
12. Cycle of Abuse
13. Emotional Autobiography
14. PICK & SOLVE   Anger Assignment
15. Anger Cycle and Alternatives
16. Plan for a Healthy Lifestyle
17. Warning Signs
18. Six Pillars of Self-Esteem
19. Values and Virtues
20. Depression, Anxiety & Anger Cycle
21. Relapse Traps
22. Cycle of Alternatives
23. Who Are My Victims and What Did I Do To Them?

24. Beginning the Empathy Process
25. Victim Coping Styles
26. Trauma Factors
27. Clarification / Restitution Process

At the onset of treatment Mr. Young was twenty-five (25) years-old and had just completed a two (2) year term of incarceration. He was twenty-one when I first met him in 2011 and completed his psychological and psychosexual evaluation. Over the course of the six years I have known Mr. Young he has matured and grown as a human being. He was very quiet in group when he began the program, but over time, he became a very active and engaging group member. When he completed the program and was not required to attend weekly meetings, some of the older group members remarked on how much they missed Mr. Young's insight and comments. From the start of treatment, Mr. Young put considerable effort into his group assignments. They were always thoughtful and thorough and he appeared to gain considerable insight regarding his thoughts, feelings and actions concerning his viewing of child pornography. Additionally, he developed the skills necessary to prevent any relapse in the future. Importantly, Mr. Young appeared to develop a substantial level of empathy for the victims of child pornography.

Mr. Young's probation has not been perfect as he will acknowledge. He consumed alcohol on two (2) occasions and the first time he lied to his probation officer about his use, but eventually admitted after being confronted with the results of the urinalysis. Fortunately the second time, which was approximately a year later, he told the truth about drinking shortly after he was confronted. In spite of these mistakes I still support Mr. Young's early release. He has passed several polygraphs related to use of pornography and unsupervised contact with children, both of which I consider to be more important than his use of alcohol.

Mr. Young has been in a monogamous relationship for the past three (3) years and he has grown emotionally from this relationship. He has held employment with the same employer over the past 5 years, since his release from Sea-Tac. Overall, I feel his adjustment to society has been exemplary.

Therefore, if the Court is inclined, I would be supportive of Mr. Young's early release from supervision. Since his release from prison he has successfully completed sex offender treatment and represents a very low risk to reoffend.

Thank you for your consideration in this matter.

Respectfully,

*Michael J. Scolatti, Ph.D.*

Michael J. Scolatti, Ph.D.
Licensed Clinical Psychologist
ATSA & MSOTA Clinical Member