IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 11 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 10–35–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LANCE JEFFREY YOUNG, | |
| Defendant. | |

Defendant Lance Jeffrey Young's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 55.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 55) is DENIED.

Dated this 11 day of December, 2017.

Donald W. Molloy, District Judge
United States District Court